UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MINDBASEHQ LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 1:20-CV-24742-XXXX ) ) |
| ALPHABET, INC., | ) ) |
| Defendant. | ) ) |

## SUMMONS IN A CIVIL ACTION

TO:  **ALPHABET, INC., a Delaware Corporation**
**1450 Brickell Avenue**
**Miami FL 33131**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alen H. Hsu, Esq.**
**Weiss Serota Helfman Cole & Bierman**
**1200 N. Federal Highway, Suite 312**
**Boca Raton, FL 33432**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*