UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MINDBASEHQ LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.:  1:20-cv-24742-BB |
| v. | ) | |
| | ) | |
| ALPHABET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS IN A CIVIL ACTION

TO:   ALPHABET, INC., a Delaware Corporation
1450 Brickell Avenue
Miami FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alen H. Hsu, Esq.
Weiss Serota Helfman Cole & Bierman
1200 N. Federal Highway, Suite 312
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Nov 18, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts