**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| MINDBASEHQ LLC, | Case No.: 20-cv-24742 |
|        Plaintiff, | |
| vs. | |
| ALPHABET, INC., | |
|        Defendant. | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

THIS CAUSE came before the Court on Defendant Alphabet, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Complaint (the "Motion). [D.E. __]. The Court having considered the Motion and been advised the Plaintiff MindBaseHQ, LLC does not oppose the requested enlargement of time, it is ORDERED and ADJUDGED:

1. The Motion is GRANTED.

2. Defendant Alphabet, Inc. shall respond to the Complaint [D.E. 1] on or before January 14, 2021.

DONE AND ORDERED in Chambers, Miami, Florida, this____ day of December, 2020.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE