**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| MINDBASEHQ LLC, | Case No.: 20-cv-24742 |
| Plaintiff, | |
| vs. | |
| ALPHABET, INC., | |
| Defendant. | |

**ORDER GRANTING JOINT MOTION FOR ENLARGEMENT**
**OF TIME TO SUBMIT JOINT SCHEDULING REPORT**

THIS CAUSE came before the Court on the Parties Joint Motion for Enlargment of Time to Submit Joint Scheduling Report (the "Joint Motion"). [D.E. __]. The Court having considered the Joint Motion, it is ORDERED and ADJUDGED:

1. The Motion is GRANTED.

2. The Parties shall submit their joint scheduling report and related documents pursuant to the Court's Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. 7] on or before January 28, 2021.

DONE AND ORDERED in Chambers, Miami, Florida, this____ day of December, 2020.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE