UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-24742-BLOOM

MINDBASEHQ LLC,

    Plaintiff,

v.

GOOGLE, LLC,

    Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS CAUSE, having come before the Court on the Unopposed Motion for Extension of Time, filed by Plaintiff, MindbaseHQ LLC ("MindbaseHQ") and the Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that MindbaseHQ's Unopposed Motion for Extension of Time is **GRANTED**. MindbaseHQ shall have through and including February 22, 2021, to file their response to Defendant, Google LLC's Motion to Transfer [ECF No. 25] and Motion to Dismiss [ECF No. 27].

**DONE AND ORDERED** in Chambers in Miami, FL, this ___ day of February, 2021.

                                                                       THE HONORABLE BETH BLOOM
                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record